## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS WESTERN DIVISION

| | | |
|---|---|---|
| Dawn Considine-Brechon, et al. | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 3:18 CV 50108 |
| | ) | |
| v. | ) | |
| | ) | Judge: Iain D. Johnston |
| Dixon Public School District | ) | |
| #170, et al. | ) | |
| Defendant. | ) | |

## ORDER, REPORT AND RECOMMENDATION

Status hearing held on 6/12/2018. No counsel was present for the hearing. The deadline for an initial status report was originally set for 5/16/2018, which was later extended to 6/5/2018, but no initial status report was ever filed. In addition, there is no record on the docket that summons has been issued to serve the defendants, and no proofs of service were filed. Accordingly, it is this Court's Report and Recommendation that the case be dismissed for want of prosecution under Rule 41. Any objection must be filed by 6/26/2018. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

(:02)
Date: 6/12/2018

/s/ Iain D. Johnston
U.S. Magistrate Judge