# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Dawn Considine-Brechon, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No: 18 C 50108 |
| ) | |
| Dixon Public School District #170, et al., ) | |
| ) | |
| *Defendants*. ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") [6] from the magistrate judge recommending that this court dismiss the case for want of prosecution. Accordingly, there being no written objection to the report and recommendation of the magistrate judge, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the R&R, the court accepts the R&R and dismisses the case. This case is closed.

Date: 6/28/2018            ENTER:

_____
FREDERICK J. KAPALA

District Judge